ORIGINAL

FILED

MAY 8 2014

U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
**Bid Protest**

CEDGE SOFTWARE )
CONSULTANTS, LLC, )
 )
Plaintiff, )
 ) Case No. 14-394C
v. )
 )
THE UNITED STATES, )
 )
Defendant. )

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL
AND MOTION FOR A PROTECTIVE ORDER**

Plaintiff, CEdge Software Consultants, LLC ("CEdge"), of St. Louis, Missouri, through its undersigned counsel, respectfully requests that the United States Court of Federal Claims grant it leave to file its accompanying bid protest complaint under seal, and that the Court issue a protective order.

This action was preceded by a protest in the Government Accountability Office ("GAO"), docketed as B-409380. The GAO issued a protective order to protect confidential and proprietary information. Since the undersigned counsel were not admitted to the GAO protective order, CEdge's initial protest filing does not contain any material subject to the GAO's protective order.

However, information that will be included in the administrative record before this Court will contain confidential and sensitive source selection material, as well as CEdge's proprietary information, that should not be released publicly (e.g., evaluation record, technical and cost proposal, proposals of other offerors, etc.). Therefore, in accordance with Appendix C, Rule 4 of the Rules of the Court of Federal Claims, plaintiff has marked the complaint as proprietary and

confidential, and is concurrently filing redacted versions of these documents with the Court.

Dated: May 8, 2014                                Respectfully submitted,

                                                 /s/ James Y. Boland

                                                 James Y. Boland
                                                 VENABLE LLP
                                                 8010 Towers Crescent Drive, Suite 300
                                                 Tysons Corner, Virginia  22182
                                                 (703) 760-1997 (Telephone)
                                                 (703) 821-8949 (Facsimile)

                                                 Dismas N. Locaria
                                                 VENABLE LLP
                                                 575 7th Street, N.W.
                                                 Washington, D.C. 20004-1601
                                                 (202) 344-8013 (Telephone)
                                                 (202) 344-8300 (Facsimile)

                                                 *Counsel for CEdge Software Consultants, LLC*

8133975-v1

## CERTIFICATE OF SERVICE

I certify that the foregoing MOTION FOR LEAVE TO FILE UNDER SEAL and MOTION FOR A PROTECTIVE ORDER was served on the United States on the 8th day of May, 2014, by electronic means:

> Lisa Donahue, Trial Attorney
> U.S. Department of Justice
> Commercial Litigation Branch
> Email: *lisa.donahue@usdoj.gov*

_____      _5/8/2014_____
James Y. Boland                                 Date